**Dismiss and Opinion Filed December 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01277-CV**

**THOMAS SHOUP, Appellant**
**V.**
**JAG WELDING, FAB & SERVICES, INC., Appellees**

**On Appeal from the 493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-05293-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Molberg

The filing fee, docketing statement, and clerk's record in this case are overdue.

By postcard dated October 31, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 31, 2024, we notified appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated November 14, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed

appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

241277f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS SHOUP, Appellant

No. 05-24-01277-CV      V.

JAG WELDING, FAB &
SERVICES, INC., Appellees

On Appeal from the 493rd District
Court, Collin County, Texas
Trial Court Cause No. 493-05293-
2024.
Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 9th day of December, 2024.